William D. Thomson, SB#104968
Attorney at Law
1222 Stealth Street
Livermore, CA 94551
Tel: (925) 606-6725
Fax: (925) 447-1078

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF S&K METAL FABRICATORS, INC. DBA ALLEN STEEL,<br><br>Plaintiffs,<br><br>vs.<br><br>KIRLIN BUILDERS, LLC; and FEDERAL INSURANCE COMPANY,<br><br>Defendants. | Case No.<br><br>**COMPLAINT ON MILLER ACT BOND**<br>**(40 U.S.C. §3131 et seq.)** |

Use Plaintiff S&K METAL FABRICATORS, INC. DBA ALLEN STEEL (hereinafter "ALLEN STEEL") alleges as follows:

1.  This action is filed by ALLEN STEEL as an action on a Miller Act Bond 40 U.S.C. §3131 et seq. This action involves a work of improvement located at Camp Parks, City of Dublin, Alameda County, California.

2.  This Court has jurisdiction in this matter pursuant to the provisions of the Miller Act, 40 U.S.C. §3133(b)(3)(B). Venue is appropriate in this Court in that this action involves a work of improvement performed in Alameda County, State of California.

3.  Defendant KIRLIN BUILDERS, LLC was at all times herein mentioned and now is a Limited Liability Company duly organized and existing under the laws of the State of Delaware and is authorized to transact business in the State of California.

4. Defendant FEDERAL INSURANCE COMPANY was and at all times herein mentioned, and now is, a corporation duly organized and existing under and by virtue of the laws of the State of New Jersey and is authorized to transact business as a surety upon bonds and/or undertakings in the State of California.

5. On or about February of 2015, Defendant KIRLIN BUILDERS, LLC (hereinafter "KIRLIN") was awarded a contract by the United States of America through the U.S. Corps of Engineers, more particularly identified as Contract No. W912DY-08-D-0034-CY03, for that certain work of improvement consisting of a dining facility renovation at Camp Parks DFAC, Building 332, Camp Parks, Alameda County, State of California.

6. In or about February 2015, KIRLIN, as principal, and Defendant FEDERAL INSURANCE COMPANY (hereinafter "FEDERAL"), as surety, executed and delivered a payment bond in the penal sum of required by statute guaranteeing payment of all person or persons supplying labor and materials for prosecution of the work provided in the above-referenced contract, and any and all duly authorized modifications thereof. The bond number was 82325817.

7. On or about March 26, 2015, ALLEN STEEL entered into a subcontract with Federal Solutions Group for the fabrication and installation of structural steel and handrails to be used on the above-referenced project. The contract price was $230,000. The contract contained a provision for the payment of attorney's fees in the event legal action is necessary to enforce any provisions of the agreement.

8. On or about September 29, 2016, ALLEN STEEL entered into an agreement directly with KIRLIN to fabricate and install modifications to the handrails used in the above-referenced project. The original contract was for the sum of $15,800. A signed change order was entered into between ALLEN STEEL and KIRLIN on October 5, 2016 for the sum of $14,200 bringing the total price of the agreement to be $30,000. The contract between ALLEN STEEL and KIRLIN included a provision for the payment of attorney's fees in the event legal action was necessary to enforce the terms of the agreement.

### FIRST CLAIM FOR RELIEF

(Recovery on Miller Act Payment Bond Against Kirlin Builders, LLC and Federal Insurance Company)

9. ALLEN STEEL realleges and incorporates by reference each and every allegation contained in paragraphs 1 through 8, inclusive.

10. ALLEN STEEL has fully and completely performed all obligations required to be performed by ALLEN STEEL pursuant to the subcontract with Federal Solutions Group.

11. After demand having been made, KIRLIN and FEDERAL INSURANCE COMPANY have failed and refuse to perform their respective obligations under the contract and payment bond in that only a portion of ALLEN STEEL'S contract price has been paid and there remains due and owing, a sum of $44,640.

12. On or about November 22, 2016, a date that was within 90 days of the completion of ALLEN STEEL'S work, pursuant to the contract with Federal Solutions Group, ALLEN STEEL provided to KIRLIN and FEDERAL INSURANCE COMPANY, a notice on Miller Act Bond, a true and correct copy of which is attached hereto as "Exhibit A."

13. A period of 90 days has now elapsed since ALLEN STEEL last provided labor, services, materials, equipment, or supplies to Federal Solutions Group for inclusion in the project.

14. ALLEN STEEL last furnished labor, services, materials, equipment, or supplies to the project in October of 2016, which is a date within one year immediately preceding the filing date of this complaint.

15. ALLEN STEEL is informed and believes and on this basis alleges that KIRLIN and FEDERAL INSURANCE COMPANY are jointly and severally obligated to provide payment to ALLEN STEEL for work performed on the project.

16. Pursuant to the contract between ALLEN STEEL and Federal Solutions Group, ALLEN STEEL is entitled to recover attorney's fees and costs from KIRLIN and FEDERAL INSURANCE COMPANY as of the result of the failure of Federal Solutions Group to pay ALLEN STEEL for labor, services, materials, equipment, or supplies included in the project.

WHEREFORE Plaintiff ALLEN STEEL prays for judgment against Defendants, and each of them, as hereinafter set forth.

SECOND CLAIM FOR RELIEF

(Recovery on Miller Act Payment Bond Against Kirlin Builders, LLC and Federal Insurance Company)

17. ALLEN STEEL realleges and incorporates by reference each and every allegation contained paragraphs 1 through 16, inclusive.

18. ALLEN STEEL has fully and completely performed all obligations required to be performed by ALLEN STEEL pursuant to the contract directly with KIRLIN.

19. After demand having been made, KIRLIN and FEDERAL INSURANCE COMPANY have failed and refuse to perform their respective obligations under the contract and payment bond in that no portion of ALLEN STEEL'S contract price has been paid and there remains due and owing, a sum of $30,000.

20. On or about November 22, 2016, a date that was within 90 days of the completion of ALLEN STEEL'S work, pursuant to the contract with Federal Solutions Group, ALLEN STEEL provided to KIRLIN and FEDERAL INSURANCE COMPANY, a notice on Miller Act Bond, a true and correct copy of which is attached hereto as "Exhibit B."

21. A period of 90 days has now elapsed since ALLEN STEEL last provided labor, services, materials, equipment, or supplies to Kirlin for inclusion in the project.

22. ALLEN STEEL last furnished labor, services, materials, equipment, or supplies to the project in October of 2016, which is a date within one year immediately preceding the filing date of this complaint.

23. ALLEN STEEL is informed and believes and on this basis alleges that KIRLIN and FEDERAL INSURANCE COMPANY are jointly and severally obligated to provide payment to ALLEN STEEL for work performed on the project.

24. Pursuant to the contract between ALLEN STEEL and KIRLIN, ALLEN STEEL is entitled to recover attorney's fees and costs from KIRLIN and FEDERAL INSURANCE COMPANY as of the result of the failure of KIRLIN to pay ALLEN STEEL for labor, services, materials, equipment, or supplies included in the project.

WHEREFORE Use Plaintiff ALLEN STEEL prays for judgment against Defendants, and each of them, as follows:

ON THE FIRST CLAIM FOR RELIEF:

1. For general, special, and consequential damages in the amount of $44,640;
2. For interest on all sums at the maximum legal rate allowed according to proof;
3. For attorney's fees and costs; and
4. For such other and further relief the Court deems just and proper.

ON THE SECOND CLAIM FOR RELIEF:

1. For general, special, and consequential damages in the amount of $30,000;
2. For interest on all sums at the maximum legal rate allowed according to proof;

3. For attorney's fees and costs; and

4. For such other and further relief the Court deems just and proper.

Dated: June _____, 2017                     WILLIAM D. THOMSON, ATTORNEY AT LAW


                                            By: _____
                                                  William D. Thomson

## NOTICE ON MILLER ACT BOND

TO: Federal Insurance Company   (Bond No. 82325817)
Attn: Surety Department
202B Halls Rd
Whitehouse Station, NJ 08889

YOU ARE HEREBY NOTIFIED that the undersigned, S&K METAL FABRICATORS, INC. dba ALLEN STEEL, furnished labor and materials consisting of structural steel and handrails to Federal Solutions Group, the subcontractor to Kirlin Builders, LLC, to be used and actually used in that certain work of improvement described as the dining facility renovation, FFR Camp Parks DFAC, Bldg. 332, Camp Parks, California, pursuant to a contract between U. S. Corp of Engineers and Kirlin Builders, LLC, Contract No. W912DY-08-D-0034 – CY03.

Said labor and materials were furnished within ninety (90) days prior to this date and the amount claimed after deducting all just credits and offsets is $44,640.00.

Dated: November 22, 2016

S&K METAL FABRICATORS, INC.
dba ALLEN STEEL

By: _____
Keith Beadle, President

**EXHIBIT A**

## **PROOF OF SERVICE BY MAIL**

I am over the age of 18 years and not a party to this action. My business address is 1222 Stealth Street, Livermore, California, which is located in the county where the service described took place. On the date set forth below, at my place of business at 1222 Stealth Street, Livermore, California, I caused to be served the following document(s):

*Notice on Miller Act Bond*

in the manner indicated below on the following parties:

*Federal Insurance Company  (Bond No.  82325817)*
*Attn: Surety Department*
*202B Halls Rd*
*Whitehouse Station, NJ 08889*

*Kirlin Builders*
*515 Dover Road, Suite 2400*
*Rockville, MD  20850*

*Federal Solutions Group, Inc.*
*11501 Dublin Blvd. Suite 200*
*Dublin, CA  94568*

☑  **BY MAIL:** I caused the foregoing document(s) to be placed for deposit in the United States Postal Service in a sealed envelope, with postage prepaid, addressed as shown hereinabove, *VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED,* which envelope was placed for deposit in the United States Postal Service, with postage fully prepaid, for collection and mailing on that date following ordinary business practices. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Livermore, California, this 23rd day of November, 2016.

_____
Lisa Ouimette

## NOTICE ON MILLER ACT BOND

**TO:** Federal Insurance Company  (Bond No. 82325817)
Attn: Surety Department
202B Halls Rd
Whitehouse Station, NJ 08889

YOU ARE HEREBY NOTIFIED that the undersigned, S&K METAL FABRICATORS, INC. dba ALLEN STEEL, furnished labor and materials related to the modification of handrails to Kirlin Builders, LLC, the general contractor, to be used and actually used in that certain work of improvement described as the dining facility renovation, FFR Camp Parks DFAC, Bldg. 332, Camp Parks, California, pursuant to a contract between U. S. Corp of Engineers and Kirlin Builders, LLC, Contract No. W912DY-08-D-0034 – CY03.

Said labor and materials were furnished within ninety (90) days prior to this date and the amount claimed after deducting all just credits and offsets is $30,000.00.

Dated: November 22, 2016

S&K METAL FABRICATORS, INC.
dba ALLEN STEEL

By: *[signature]*
Keith Beadle, President

**EXHIBIT B**